KYH/PRR: USAO 2025R00253

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * CRIMINAL NO. ABA 25cr273 |
| v. | * (Robbery of United States Property, 18 U.S.C. § 2114; Stealing Keys Adopted by the United States Postal Service, 18 U.S.C. §1704; Brandishing a Firearm in Furtherance of a Crime of Violence, 18 U.S.C. § 924(c)(1)(A)(ii); Aiding and Abetting, 18 U.S.C. §2; Forfeiture, 18 U.S.C. § 924(d), 18 U.S.C. § 981(a)(1)(C), 21 U.S.C. § 853(p), 28 U.S.C. § 2461) |
| MAADA KPOSOWA and DARIUS OWENS | |
| Defendants. | |

**INDICTMENT**

**COUNT ONE**
**(Robbery of United States Property)**

The Grand Jury for the District of Maryland charges that:

On or about April 11, 2025, in the District of Maryland, the Defendants,

**MAADA KPOSOWA**
**and**
**DARIUS OWENS,**

did knowingly rob a person, that is, the Victim, an employee of the United States Postal Service, having lawful charge, custody, and control of United States mail matter and other property of the United States, that is, a United States Postal Service Arrow Key, and in so doing put the life of said United States Postal Service employee in jeopardy by the use of a dangerous weapon, that is, a Glock 43X 9mm caliber pistol bearing serial number AKNE213.

18 U.S.C. § 2114(a)
18 U.S.C. § 2

## COUNT TWO
### (Stealing Keys Adopted by the United States Postal Service)

The Grand Jury for the District of Maryland further charges that:

On or about April 11, 2025, in the District of Maryland, the Defendants,

**MAADA KPOSOWA**
and
**DARIUS OWENS,**

did steal and purloin a key suited to any lock adopted and in use by the United States Postal Service and in use on any lock box, lock drawer, or other authorized receptacle for the deposit or delivery of mail matter, that is, a United States Postal Service "Arrow" Key.

18 U.S.C. § 1704
18 U.S.C. § 2

## COUNT THREE
### (Brandishing a Firearm in Furtherance of a Crime of Violence)

The Grand Jury for the District of Maryland further charges that:

On or about April 11, 2025, in the District of Maryland, the Defendants,

**MAADA KPOSOWA**
and
**DARIUS OWENS,**

did knowingly brandish, carry, and use a firearm, that is, a Glock 43X 9mm caliber pistol bearing serial number AKNE213, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, Robbery of United States Property, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

18 U.S.C. § 924(c)(1)(A)(ii)
18 U.S.C. § 2

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the Defendants that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 924(d), 18 USC § 981(a)(1)(C), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the Defendants' convictions under Counts One through Three of this Indictment.

### Robbery Forfeiture

2. Upon conviction of the offense alleged in Count One of this Indictment, the Defendants,

**MAADA KPOSOWA**
and
**DARIUS OWENS,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to such offense.

### Firearms and Ammunition Forfeiture

3. Upon conviction of the offenses set forth in Counts One or Three of this Indictment, the Defendants,

**MAADA KPOSOWA**
and
**DARIUS OWENS,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in those offenses.

### Substitute Assets

4. If, as a result of any act or omission of any of the Defendants, any of the property described above as being subject to forfeiture:

  a. cannot be located upon exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third person;

  c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property described above pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

18 U.S.C. § 924(d)
18 U.S.C. § 981(a)(1)(C)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

Kelly O. Hayes
United States Attorney

A TRUE BILL:
SIGNATURE REDACTED
Foreperson

9/10/25
Date